IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD KIESEWETTER and ERIKA NOELL,** : | |
| Plaintiffs, : | **CIVIL ACTION** |
| v. : | **NO. 14-1517** |
| **OTIS ELEVATOR COMPANY,** : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 1st day of July 2014, upon consideration of Defendant's Motion to Dismiss [Doc. No. 4], Plaintiffs' Response and Defendant's Reply, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part.

The Motion is **GRANTED** as to Plaintiff Noell's claim for age discrimination in the promotion process.

The Motion is otherwise **DENIED**. Defendant shall file its Answer regarding all other claims within 21 days of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**