IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
**GERALD KIESEWETTER and** :
**ERIKA NOELL,** :
      **Plaintiffs,** :    **CIVIL ACTION**
:
      **v.** :    **NO. 14-1517**
:
**OTIS ELEVATOR COMPANY,** :
      **Defendant.** :
_____:

# ORDER

    **AND NOW,** this 29th day of April 2016, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 33], and the response, reply, and sur-reply thereto, and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

    It is so **ORDERED.**

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**

                                        _____
                                        **CYNTHIA M. RUFE, J.**